UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ADAM BOCK, | ) | |
|      Plaintiff, | ) | |
|      v. | ) | CAUSE NO.   1:16-cv-61 |
| CITY OF AUBURN, INDIANA; | ) | |
| OFFICER JUSTIN JAMES; | ) | |
| OFFICER __ KITRUSH; | ) | |
| OFFICER SEAN MILLER; and | ) | |
| OFFICER STEWART RUFNER; | ) | |
|      Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, City of Auburn, Indiana; Officer Justin James; Officer Nathanial J. Kitrush; Officer Sean Miller and Officer Stewart Rufner, by counsel, pursuant to 28 U.S.C. §§ 1441(b) and 1446, hereby give notice of the removal of this action from DeKalb Superior Court, of DeKalb County, Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division.  In support, Defendants submit:

1.      This action was originally filed in the DeKalb Superior Court, on January 14, 2016.  The matter was assigned cause no. 17D01-1601-PL-00003.

2.      Defendants were served in this action at the earliest on January 21, 2016.

3.      This Notice of Removal is timely, having been filed within thirty (30) days after service of the Complaint and Summons on these Defendants, pursuant to 28 U.S.C. §1446(b).

4.      Attached hereto are all pleadings, process, and orders of the Court that have been served upon these Defendants in this action.

5. The Complaint in this action alleges violations of the Plaintiff's civil rights guaranteed by the United States Constitution. Thus, this case falls within the original jurisdiction of this Court founded on a claim or right arising under the Constitution or laws of the United States. *See* 28 U.S.C. §§ 1331, 1343, 1441(b) and 42 USC § 1983.

6. Plaintiff will be given written notice of the filing of this Notice of Removal, and a copy of this Notice of Removal will be filed with the Clerk of the DeKalb Superior Court as required by 28 U.S.C. § 1446(d).

Respectfully submitted,
**COOTS, HENKE & WHEELER, P.C.**

 s/ Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 16, 2016**, a copy of the foregoing was duly served upon all parties listed below by United States Mail, first-class postage prepaid, addressed to:

Christopher C. Myers
Lori W. Jansen
**CHRISTOPHER C. MYERS & ASSOCS**
809 South Calhoun Street
Suite 400
Fort Wayne, IN 46802

 s/ Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Cory C. Voight, #23180-49

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 - telephone
(317) 573-5385 - facsimile
Email: mhinkle@chwlaw.com
          cvoight@chwlaw.com